IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| Kenneth Towers and Gloria Towers, | ) | |
| | ) | **NOTICE OF ENTRY OF JUDGMENT** |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **Case No. 2:07-cv-20** |
| Ross O. Haugen, Merrill Lynch, Pierce, Fenner & Smith, Inc., and Wachovia Securities, Inc., d/b/a First Union Securities, | ) | |
| | ) | |
| Defendants. | ) | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD

YOU WILL PLEASE TAKE NOTICE

That a Judgment was filed in the Office of the Clerk of the United States District Court in the Northeastern Division, State of North Dakota, on the 4th day of April, 2007, a copy of which is attached to this Notice of Entry of Judgment and served upon you.

Dated this 23rd day of April, 2007.

/s/ Scott D. Jensen

SCOTT D. JENSEN
ND License Number 04315
FOR: Camrud, Maddock, Olson & Larson, Ltd.
401 DeMers Avenue
P.O. Box 5849
Grand Forks, ND 58206-5849

*ATTORNEYS FOR PLAINTIFFS*

AO 450 (Rev 5/85) Judgment in a Civil Case

# *United States District Court*

District of North Dakota - Northeastern Division

Kenneth Towers and Gloria Towers

**JUDGMENT IN A CIVIL CASE**

v.

Case Number: 2:07-cv-20

Ross O. Haugen, Merrill Lynch, Pierce, Fenner & Smith, Inc., and Wachovia Securities, Inc., d/b/a First Union Securities

XX **Decision by Court.** Pursuant to the Order approving the Stipulation of Dismissal filed by the parties on March 29, 2007,

IT IS ORDERED AND ADJUDGED This case is dismissed without Prejudice.

April 2, 2007
Date

ROBERT ANSLEY
Clerk

*/s/ Todd E. Dudgeon*
By Deputy Clerk - Todd E. Dudgeon